**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JOHNNY AND MARY PRICE, ET AL., PLAINTIFFS,**

**VS. CIVIL ACTION NO. 4:05CV170-P-A**

**COLDWELL BANKER REAL ESTATE'**
**CORP., ET AL., DEFENDANTS.**

## ORDER

This matter comes before the court upon Coldwell Banker Real Estate Corporation's Rule 42(a) Motion for Consolidation [141-1]. After due consideration of the motion, the court finds as follows, to-wit:

For the same reasons discussed by Hon. Michael P. Mills in *Haggie v. Coldwell Banker Real Estate Corp.*, Cause No. 4:04CV111, which the undersigned adopts and incorporates herein, the court finds that the motion to consolidate should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Coldwell Banker Real Estate Corporation's Rule 42(a) Motion for Consolidation [141-1] is **DENIED**.

**SO ORDERED** this the 21st day of November, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE